UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA

IN RE:
PAUL MEASE EANES JR
MARTHA ROBINSON EANES
3117 LODGE DRIVE
JAMESTOWN, NC  27282

CASE NO. 20-10710
JUDGE BENJAMIN A. KAHN

DEBTORS

SSN(1) XXX-XX-8185     SSN(2) XXX-XX-4800     DATE: 04/16/2021

## REPORT OF FILED CLAIMS

Pursuant to 11 U.S.C. §704(5), the trustee has examined the proofs of claims filed in this case and objected to the allowance of such claims as appeared to be improper except where no purpose would have been served by such objection.  After such examination and objections, if any, the trustee states that claims should be deemed allowed or "not filed" as indicated below.

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| AKELA COVE HOA<br>% LAMBETH MGMT & REALTY INC<br>P O BOX 8071<br>GREENSBORO, NC  27419 | MONTHLY PMT  $26.00<br>INT: .00%<br>NAME ID: 183383<br>CLAIM #:  0002 | (H) ONGOING-SECURED<br><br>ACCT:<br>COMMENT:  ASDU,CTD,EFF W/OCT 20 |
| AKELA COVE HOA<br>% LAMBETH MGMT & REALTY INC<br>P O BOX 8071<br>GREENSBORO, NC  27419 | $0.00<br>INT: .00%<br>NAME ID: 183383<br>CLAIM #:  0003 | (R) ARREARAGE-SECURED<br>AMENDED<br>ACCT:<br>COMMENT:  OC,PRE-PET ARR |
| AMERICAN EXP TRAVEL REL SVCS<br>% BECKET & LEE LLP<br>P O BOX 3001<br>MALVERN, PA  19355-0701 | $477.04<br>INT: .00%<br>NAME ID: 35991<br>CLAIM #:  0026 | (U) UNSECURED<br><br>ACCT: 1000<br>COMMENT:  CLASS A |
| AMERICAN EXPRESS NATIONAL BANK<br>% BECKET & LEE LLP<br>P O BOX 3001<br>MALVERN, PA  19355 | $1,932.47<br>INT: .00%<br>NAME ID: 170495<br>CLAIM #:  0010 | (U) UNSECURED<br><br>ACCT: 4001<br>COMMENT:  CLASS A |
| CAPITAL ONE BANK USA NA<br>BY AMERICAN INFOSOURCE AS AGENT<br>P O BOX 71083<br>CHARLOTTE, NC  28272-1083 | $1,637.47<br>INT: .00%<br>NAME ID: 181492<br>CLAIM #:  0011 | (U) UNSECURED<br><br>ACCT: 1024<br>COMMENT:  CLASS B |
| CARMAX AUTO FINANCE<br>12800 TUCKAHOE CREEK PKWY<br>RICHMOND, VA  23238 | $646.64<br>INT: 5.25%<br>NAME ID: 118799<br>CLAIM #:  0012 | (V) VEHICLE-SECURED<br><br>ACCT: 4855<br>COMMENT:  04FORD |
| CITY OF GREENSBORO<br>P O BOX 3136<br>GREENSBORO, NC  27402 | $576.14<br>INT: .00%<br>NAME ID: 8191<br>CLAIM #:  0013 | (U) UNSECURED<br><br>ACCT: 1301<br>COMMENT:  CLASS A |
| CITY OF HIGH POINT<br>P O BOX 10039<br>HIGH POINT, NC  27261 | $0.00<br>INT: .00%<br>NAME ID: 29959<br>CLAIM #:  0014 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| CLAPP'S NURSING CENTER<br>5229 APPOMATTOX RD<br>PLEASANT GARDEN, NC  27313 | $13,745.99<br>INT: .00%<br>NAME ID: 183309<br>CLAIM #: 0015 | (U) UNSECURED<br><br>ACCT:<br>COMMENT:  DISP,CLASS A |
| DUKE ENERGY<br>P O BOX 70516<br>CHARLOTTE, NC  28272-0516 | $0.00<br>INT: .00%<br>NAME ID: 50002<br>CLAIM #: 0016 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| ELLIS MARTIN<br>FOX ROTHCHILD LLP<br>300 N GREEN ST STE 1400<br>GREENSBORO, NC  27401 | $0.00<br>INT: .00%<br>NAME ID: 183321<br>CLAIM #: 0025 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| GUILFORD CO REGISTER OF DEEDS<br>P O BOX 3427<br>GREENSBORO, NC  27402 | $52.00<br>INT: .00%<br>NAME ID: 1159<br>CLAIM #: 0027 | (Z) SPECIAL COST ITEM<br><br>ACCT:<br>COMMENT: |
| INTERNAL REVENUE SERVICE<br>P O BOX 7317<br>PHILADELPHIA, PA  19101-7317 | $5,862.83<br>INT: .00%<br>NAME ID: 123769<br>CLAIM #: 0001 | (P) PRIORITY<br><br>ACCT: 19TX<br>COMMENT:  OC |
| INTERNAL REVENUE SERVICE<br>P O BOX 7317<br>PHILADELPHIA, PA  19101-7317 | $65,744.79<br>INT: 3.00%<br>NAME ID: 123769<br>CLAIM #: 0006 | (S) SECURED<br><br>ACCT: 17TX<br>COMMENT:  OC |
| INTERNAL REVENUE SERVICE<br>P O BOX 7317<br>PHILADELPHIA, PA  19101-7317 | $226.97<br>INT: .00%<br>NAME ID: 123769<br>CLAIM #: 0028 | (U) UNSECURED<br><br>ACCT: 8185<br>COMMENT:  CLASS A/B/C |
| LEBAUER GASTROENTEROLOGY<br>520 N ELAM AVE<br>GREENSBORO, NC  27403 | $0.00<br>INT: .00%<br>NAME ID: 131211<br>CLAIM #: 0017 | (U) UNSECURED<br>NOT FILED<br>ACCT: 2592<br>COMMENT: |
| N C DEPARTMENT OF REVENUE<br>BANKRUPTCY UNIT<br>P O BOX 1168<br>RALEIGH, NC  27602-1168 | $6,165.74<br>INT: .00%<br>NAME ID: 9699<br>CLAIM #: 0024 | (U) UNSECURED<br><br>ACCT: 15TX<br>COMMENT:  CLASS A/B/C |
| PORTFOLIO RECOVERY ASSOC LLC<br>P O BOX 12914<br>NORFOLK, VA  23541 | $423.87<br>INT: .00%<br>NAME ID: 68146<br>CLAIM #: 0018 | (U) UNSECURED<br><br>ACCT: 9288<br>COMMENT:  DISP, CITIBANK,CLASS A |
| SPECTRUM<br>P O BOX 4617<br>CAROL STREAM, IL  60197-4617 | $0.00<br>INT: .00%<br>NAME ID: 182503<br>CLAIM #: 0019 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| STATE EMPLOYEES CREDIT UNION<br>P O BOX 25279<br>RALEIGH, NC  27611 | MONTHLY PMT $953.00<br>INT: .00%<br>NAME ID: 53815<br>CLAIM #: 0007 | (H) ONGOING-SECURED<br><br>ACCT: 9092<br>COMMENT:  DT NR RP,CTD,EFF<br>W/APR21,2404 LAKESHORE DR |

| NAME & ADDRESS OF CREDITOR | AMOUNT | | CLASSIFICATION |
|---|---|---|---|
| STATE EMPLOYEES CREDIT UNION<br>P O BOX 25279<br>RALEIGH, NC  27611 | $234,813.46<br>INT:  .00%<br>NAME ID: 53815<br>CLAIM #:  0008 | | (S) SECURED<br><br>ACCT:  9091<br>COMMENT:  OC,RE RP,3117 LODGE DR,SALE OR REL PEND |
| STATE EMPLOYEES CREDIT UNION<br>P O BOX 25279<br>RALEIGH, NC  27611 | $77,210.35<br>INT:  .00%<br>NAME ID: 53815<br>CLAIM #:  0009 | | (S) SECURED<br><br>ACCT:  9097<br>COMMENT:  OC,3117 LODGE DR,SALE OR REL PEND |
| STATE EMPLOYEES CREDIT UNION<br>P O BOX 25279<br>RALEIGH, NC  27611 | $5,718.00<br>INT:  .00%<br>NAME ID: 53815<br>CLAIM #:  0030 | | (H1) POST-PETITION ARREARAGE-SECURE<br><br>ACCT:  9092<br>COMMENT:  ARR,OCT20 THRU MAR21,2404 LAKESHORE DR |
| STATE EMPLOYEES CREDIT UNION<br>P O BOX 25279<br>RALEIGH, NC  27611 | $15,765.21<br>INT:  .00%<br>NAME ID: 53815<br>CLAIM #:  0031 | | (H3) PRE-PETITION ARREARAGE-SECURED<br><br>ACCT:  9092<br>COMMENT:  ARR THRU SEPT20,2404 LAKESHORE DR |
| US DEPT OF EDUCATION<br>P O BOX 790321<br>ST LOUIS, MO  63179-0321 | $0.00<br>INT:  .00%<br>NAME ID: 168097<br>CLAIM #:  0020 | | (U) UNSECURED<br>NOT FILED<br>ACCT:  5804<br>COMMENT: |
| US DEPT OF EDUCATION<br>P O BOX 790321<br>ST LOUIS, MO  63179-0321 | $0.00<br>INT:  .00%<br>NAME ID: 168097<br>CLAIM #:  0021 | | (U) UNSECURED<br>NOT FILED<br>ACCT:  4206<br>COMMENT: |
| US DEPT OF EDUCATION<br>P O BOX 790321<br>ST LOUIS, MO  63179-0321 | $0.00<br>INT:  .00%<br>NAME ID: 168097<br>CLAIM #:  0022 | | (U) UNSECURED<br>NOT FILED<br>ACCT:  4206<br>COMMENT: |
| VERIZON BY AMERICAN INFOSOURCE AS AGENT<br>P O BOX 4457<br>HOUSTON, TX  77210-4457 | $379.26<br>INT:  .00%<br>NAME ID: 176005<br>CLAIM #:  0029 | | (U) UNSECURED<br><br>ACCT:  0001<br>COMMENT:  CLASS A/B/C |
| WELLS FARGO BANK NA<br>% WELLS FARGO SERVICING CENTER<br>MAC Q2132-023<br>P O BOX 94423<br>ALBUQUERQUE, NM  87199 | $14,464.64<br>INT:  .00%<br>NAME ID: 156013<br>CLAIM #:  0023 | | (U) UNSECURED<br><br>ACCT:  9159<br>COMMENT:  CLASS A/B/C |
| **TOTAL:** | $446,821.87 | | |
| DIRK W SIEGMUND ESQ<br>IVEY MCCLELLAN GATTON & SIEGMUND LLP<br>P O BOX 3324<br>GREENSBORO, NC  27402 | $4,500.00 | | ATTORNEY FEE |

ANITA JO KINLAW TROXLER,
TRUSTEE
500 W FRIENDLY AVE STE 200
P O BOX 1720
GREENSBORO, NC  27402-1720

NOTICE OF FILING OF REPORT OF FILED CLAIMS

The foregoing Report of Filed Claims has been filed with the Bankruptcy Court based on an audit of claims filed in the Trustee's office.  The claims are allowed unless objection is made by the Debtors or other party in interest.

Any objection to a claim should be filed in writing with the Bankruptcy Court at the address below and a copy must be served on the Trustee:

> Clerk, U.S. Bankruptcy Court
> 101 S. Edgeworth Street
> P.O. Box 26100
> Greensboro, NC  27420-6100

If an objection is filed, a hearing will be scheduled before the Court.  The Trustee will continue making disbursements on the claims unless an objection is filed.

Date:  04/16/2021

OFFICE OF THE CHAPTER 13 TRUSTEE

By: /s/  Gayle McFarland
Clerk
Chapter 13 Office
500 W FRIENDLY AVE STE 200
P O BOX 1720
GREENSBORO, NC  27402-1720

cc: Debtors
    Attorney for Debtors - Electronic Notice